FILED

AUG 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,**

Plaintiffs - Appellants,

**STATE OF CALIFORNIA,**

Intervenor - Pending,

v.

**COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,**

Defendants - Appellees.

No. 10-56971

D.C. No. 3:09-cv-02371-IEG-BGS

**ORDER**

**ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART,**

Plaintiffs - Appellants,

v.

No. 11-16255

D.C. No. 2:09-cv-01235-MCE-DAD

**ED PRIETO; COUNTY OF YOLO**,

Defendants - Appellees.

**THOMAS**, Chief Judge:

The full court was advised of appellants' petitions for full court en banc rehearing (Docket Entry Nos. 334 and 335). A judge requested a vote on whether to rehear the matter en banc by the full court. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of full court en banc consideration. Fed. R. App. P. 35. Accordingly, the petitions for full court en banc rehearing (Docket Entry Nos. 334 and 335) are denied.

In No. 10-56971, appellants' motion for leave to file a reply brief (Docket Entry No. 344) is denied as moot.