UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

EDWARD PERUTA; et al.,

                Plaintiffs - Appellants,

  v.

COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,

                Defendants - Appellees,

STATE OF CALIFORNIA,

                Intervenor

No. 10-56971

D.C. No. 3:09-cv-02371-IEG-BGS
U.S. District Court for Southern California, San Diego

**AMENDED MANDATE**

---

ADAM RICHARDS; et al.,

                Plaintiffs - Appellants,

  v.

ED PRIETO and COUNTY OF YOLO,

                Defendants - Appellees.

No. 11-16255

D.C. No. 2:09-cv-01235-MCE-DAD
U.S. District Court for Eastern California, Sacramento

---

The judgment of this Court, entered June 09, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk